UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
UNITED STATES OF AMERICA                :        16cr273-14(DLC)
                                        :
              -v-                       :           ORDER
                                        :
BRYAN DAFFIN,                           :
                                        :
                    Defendant.          :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

     A conference to address a specification of Violation of

Probation is scheduled to occur on **February 26, 2021** at **10:00**

**AM**.   Due to the COVID-19 pandemic, the defendant may have the

option of appearing in court or through a videoconference.

Accordingly, it is hereby

     ORDERED that defense counsel shall respond to the following

question by **5:00 PM** on **February 22, 2021**:

          Does the defendant consent to have the proceeding
          occur as a videoconference?

     If the defendant consents to have the proceeding occur as a

videoconference, please complete and submit the written consent

form attached to this Order if it is feasible to do so.

Dated:    New York, New York
          February 17, 2021

                                _____
                                DENISE COTE
                                United States District Judge