

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

Petition for Summons
with Attached Request for
Court Action Direction Detailing Probable Cause

Probationer: Bryan Daffin                               Docket Number: 1:16CR00273-14 (DLC)

Sentencing Judge: Honorable Denise Cote, U.S. District Judge

Date of Original Sentence: June 30, 2017

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base, in Violation of 21 USC 841(b)(1)(C) and 846, a Class C Felony

Original Sentence: Sixty (60) Months' Probation

Type of Supervision: Probation Date Supervision Commenced: June 30, 2017

---

## PETITIONING THE COURT TO ISSUE A SUMMONS

The probationer has not complied with the following condition(s) of supervision:

**Nature of Noncompliance**

1. ON OR ABOUT JANUARY 31, 2021, IN BRONX COUNTY, NEW YORK, THE PROBATIONER COMMITTED A STATE CRIME, CRIMINAL POSSESSION OF A WEAPON IN THE 2ND DEGREE, IN VIOLATION OF NEW YORK PENAL LAW 263.03(3), A CLASS C FELONY, IN THAT HE POSSESSED A LOADED FIREARM. MANDATED CONDITION, MANDATORY REVOCATION, GRADE B VIOLATION.

2. ON OR ABOUT JANUARY 31, 2021, IN BRONX COUNTY, NEW YORK, THE PROBATIONER COMMITTED A STATE CRIME, CRIMINAL POSSESSION OF A FIREARM, IN VIOLATION OF NEW YORK PENAL LAW 265.1B, A CLASS E FELONY, IN THAT HE POSSESSED A FIREARM. MANDATED CONDITION, MANDATORY REVOCATION, GRADE B VIOLATION.

3. ON OR ABOUT JANUARY 31, 2021, IN BRONX COUNTY, NEW YORK, THE PROBATIONER COMMITTED A STATE CRIME, CRIMINAL POSSESSION OF A WEAPON IN THE 4TH DEGREE, IN VIOLATION OF NEW YORK PENAL LAW 265.01, A CLASS A MISDEMEANOR, IN THAT HE POSSESSED A FIREARM. MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION.

4. ON OR ABOUT JANUARY 31, 2021, IN BRONX COUNTY, NEW YORK, THE PROBATIONER COMMITTED A LOCAL CRIME, LEAVING THE SCENE OF AN

Daffin, Bryan                              2                         1989963 – ER
Docket No.: 1:16CR00273-14 (DLC)

INCIDENT WITHOUT REPORTING, IN VIOLATION OF VEHICLE TRAFFIC LAW 600(2)(A), A CLASS B MISDEMEANOR, IN THAT HE AND HIS CO-DEFENDANT FLED ON FOOT AFTER HIS CO-DEFENDANT RAN A STOP SIGN AND REAR ENDED ANOTHER VEHICLE WITHOUT EXCHANGING INFORMATION WITH THE OTHER DRIVER. MANDATED CONDITION, GRADE C VIOLATION.

5. ON OR ABOUT JANUARY 31, 2021, IN BRONX COUNTY, NEW YORK, THE PROBATIONER COMMITTED A LOCAL CRIME, POSSESSION OF AMMUNITION IN VIOLATION OF ADMINISTRATIVE CODE 10-131(I)(3), A CLASS B MISDEMEANOR, IN THAT HE POSSESSED A PISTOL WITH AMMUNITION. MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION.

U.S. Probation Officer Recommendation:

   The term of supervision should be:

      [X ] Revoked

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

                                          Respectfully submitted,

                                          Michael Fitzpatrick
                                          Chief U.S. Probation Officer

                                          Elisha Rivera
                                          Elisha Rivera
                                          Supervisory U.S. Probation Officer

DATE: February 5, 2021