```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :         16CR0273-14 (DLC)
          -v-                             :
                                          :              ORDER
Bryan Daffin,                             :
                                          :
                    Defendant.            :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that C.J.A. counsel Nathaniel Z. Marmur is appointed to represent the defendant on the specifications of the violation of probation filed against the defendant.

Dated:    New York, New York
           February 18, 2021

                                                _____
                                                   DENISE COTE
                                        United States District Judge