```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :      16cr273-14(DLC)
          -v-                            :
                                         :          ORDER
BRYAN DAFFIN,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The Court having issued a summons for Bryan Daffin to appear on **February 26, 2021** at **10:00 AM,** and on **February 23, 2021,** defense counsel having informed the Court that the defendant prefers that the hearing in this matter occur via videoconference as opposed to in person, it is hereby

ORDERED that the summons shall proceed as scheduled on February 26, 2021 via the Microsoft Teams videoconference platform, if that platform is reasonably available.  To access the conference, paste the following link into your browser:

https://teams.microsoft.com/l/meetup-join/19%3ameeting_MTk3Zjk2ODQtOTJjMi00YjdkLTgyMmEtMGZmYWNhYjM3YzI5%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-919c-67c6543d3542%22%2c%22Oid%22%3a%2220b3b4ec-1ef6-4484-88f4-2126fecd52fa%22%7d

To use this link, you may need to download software to use the platform's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above.  Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2]  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.

[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

```
Call-in number:   917-933-2166
Conference ID:    939 292 495#
```

Dated:    New York, New York
          February 23, 2021

```
             _____
             DENISE COTE
             United States District Judge
```