UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :         16cr273-14(DLC)
                                     :
            -v-                      :         ORDER
                                     :
BRYAN DAFFIN,                        :
                                     :
                     Defendant.      :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

A conference on specifications of violation of supervised release is scheduled to occur on **April 16, 2021** at **2:00 PM**. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **5:00 PM** on **April 8, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         March 25, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge