```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :         16cr273-14 (DLC)
                                         :
          -v-                            :         ORDER
                                         :
BRYAN DAFFIN,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 9, 2021, defense counsel informed the Court that the defendant prefers that the hearing regarding specifications of Violation of Probation scheduled for **April 16, 2021** at **2:00 PM** in this matter occur via videoconference as opposed to in person.  On April 12, the Government filed a letter requesting a 60-day adjournment of the April 16 proceeding.  It is hereby

ORDERED that April 16 proceeding is adjourned to **June 18, 2021** at **10 a.m.**

IT IS FURTHER ORDERED that, the defendant having consented to a videoconference, the conference on June 18 shall proceed via the Microsoft Teams videoconference platform, if that platform is reasonably available.  To access the conference, paste the following link into your browser:

https://teams.microsoft.com/l/meetup-join/19%3ameeting_NzllYTEwYzItNzg3Zi00OWM4LWJjYjAtNzkyZTBjYWMwMGI5%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-

[919c-67c6543d3542%22%2c%22Oid%22%3a%22f281b8d8-5887-44a5-9566-8c44f6aaf05d%22%7d](#)

To use this link, you may need to download software to use the platform's videoconferencing features.[1]  The link in this order is currently live.  **Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link.  Defense counsel shall assist the defendant in testing the videoconference capability so that the defendant can participate by videoconference**.  Participants, including defense counsel, shall report any difficulties accessing the link to chambers **no later than 24 hours** in advance of the conference so that chambers may assist the parties.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2]  If the participant is using an internet browser, it is recommended to use either **Microsoft Edge** or **Google Chrome** as Teams is not fully compatible with other browsers. Participants should also ensure that their webcam, microphone,

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.
[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

and headset or speakers are all properly configured to work with Microsoft Teams. For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams may access the conference's audio using the following credentials:

```
Call-in number:    917-933-2166
Conference ID:     881 968 013#
```

IT IS FURTHER ORDERED that should defendant wish to appear in person, defense shall file a letter on ECF at any time, but no later than June 11, requesting that the conference take place in Courtroom 18B.

Dated:   New York, New York
         April 12, 2021

                                                    _____
                                                    DENISE COTE
                                       United States District Judge