```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    16cr273-14(DLC)
                                         :
            -v-                          :    ORDER
                                         :
BRYAN DAFFIN,                            :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A conference regarding specifications of violation of probation is scheduled to occur on **September 17, 2021** at **3:00 PM**. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **12:00 PM** on **September 2, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         August 11, 2021

_____
DENISE COTE
United States District Judge