THE LAW OFFICES OF

# NATHANIEL Z. MARMUR, PLLC
500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110
T: 212-257-4894   F: 646-829-9519
NMARMUR@MARMURLAW.COM
WWW.MARMURLAW.COM

January 10, 2023

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Bryan Daffin,** 16 Cr. 273 (DLC)

Dear Judge Cote:

      The parties respectfully write to update the Court as to the status of this matter. The parties understand that the defendant's state case is still pending. In connection with the state case, a sample of the defendant's DNA was collected in or about August 2022 for comparison to a DNA sample collected from the firearm allegedly possessed by the defendant in or about January 2021 in the Bronx. The DNA analysis remains pending. The defendant's next state court appearance is on February 21, 2023, and it is possible that the state court case may reach a pretrial disposition before that time.

      In light of the above, the parties jointly request that the matter be adjourned for approximately two months to allow for the potential resolution of the state case.

*[Handwritten: A status letter is due. 3/10/23. Denise Cote 1/10/23]*

Respectfully submitted,

/s/ Nathaniel Z. Marmur
Nathaniel Z. Marmur

cc:    AUSA Jane Kim (by ECF)
        U.S. Probation Officer Elisha Rivera (by Email)